CASE 0:22-cv-01789-NEB-DJF   Doc. 17   Filed 10/05/22   Page 1 of 1

AO 85 (Rev. 01/09, Locally Rev. 03/12) Notice and Consent – Exercise of Jurisdiction by a United States Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

RECEIVED BY MAIL
OCT 14 2022
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Liberty Mutual Fire Insurance et al
*Plaintiff*
v.
Gree USA, Inc., and MJC America, Ltd
*Defendant*

Case Number: 0:22-cv-01789-NEB-DJF

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with provisions of 28 U.S.C §636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Party Represented | Signatures | Date |
|---|---|---|
| Liberty Mutual Fire Insurance et al | /s/ Marisa L. Saber | 10/10/2022 |
| Gree USA, Inc., and MJC America, Ltd. | /s/ Benjamin R. Kinney | 10/10/2022 |
|  |  |  |
|  |  |  |

**NOTE:** Please see "CONSENT TO DISPOSITION OF CASE BY MAGISTRATE" in the Civil ECF Procedure Guide for instructions on filing this form. Generally, if joint, the form shall be filed electronically in ECF by one person on behalf of all parties under "Other Documents" as "Joint Consent to Proceed before Magistrate before 8th Circuit." If separate, return the executed form to the Calendar Clerk by e-mail pursuant to the specific instructions in the "CONSENT TO DISPOSITION OF CASE BY MAGISTRATE" section of the procedure guide.

SCANNED
OCT 14 2022
U.S. DISTRICT COURT MPLS