

October 11, 2022

**Marisa L. Saber**
Direct Phone  312-382-3183
Direct Fax    312-706-9783
msaber@cozen.com

**VIA CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

U.S. District Court for the District of Minnesota
Clerks Office
300 South Fourth Street, Suite 202
Minneapolis, MN 55415

Re:   *Liberty Mutual Fire Insurance Co. a/s/o Paul and Linda Engelhart v. Gree USA, Inc. and MJC America, Ltd.*
      Case No.: 22-cv-1789 NEB/DJF

Dear Clerk:

    Pursuant to the court's docket text (Doc 17), attached please find a fully executed Consent to the Exercise of Jurisdiction by a US Magistrate Judge.

Respectfully,

COZEN O'CONNOR

By:   Marisa L. Saber

MLS:zr

Enclosure

cc: Counsel of Record

SCANNED
OCT 14 2022
U.S. DISTRICT COURT MPLS