

**COZEN O'CONNOR**

123 North Wacker Drive
Suite 1800
Chicago, IL 60606

**CERTIFIED MAIL**™

9171 9690 0935 0285 5701 03

S SUBURBAN IL 604
11 OCT 2022 PM 7

quadient
FIRST-CLASS MAIL
IMI
$006.57
US POSTAGE
10/11/2022 ZIP 60606
043M31223350

X-RAYED
BY USMS

Via Certified mail E-Return Receipt Requested

U.S. District Court for the District of Minnesota
Clerks Office
300 South Fourth Street
Suite 202
Minneapolis, MN 55415

RECEIVED BY MAIL
OCT 14 2022
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
OCT 14 2022
U.S. DISTRICT COURT MPLS

55415-229799